# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 1:21-MJ-01032-DH-1 |
| ERNEST OCHOA | § § | |

## O R D E R

Before the Court are Defendant's Motion to Dismiss Complaint for Lack of Jurisdiction, filed January 18, 2022 (Dkt. 14), and the United States' Motion to Dismiss Complaint as to Defendant OCHOA, filed January 27, 2022 (Dkt. 15). The Court finds the Motions to be meritorious.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss Complaint for Lack of Jurisdiction (Dkt. 14) and the United States' Motion to Dismiss Complaint (Dkt. 15) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Order Setting Conditions of Release for Ernest Ochoa issued January 4, 2022 (Dkt. 7) is hereby **RESCINDED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Ernest Ochoa (Dkt. 1), is hereby **DISMISSED** in the interest of justice without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

**SIGNED** on January 28, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE